## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 18, 2018

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 17-60814   In re: Doyle Sudduth
                        USDC No. 1:17-CV-186

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666

cc w/encl:
    Mr. Doyle Sudduth

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-60814

_____

In re: DOYLE SUDDUTH,

      Movant

**A True Copy**
Certified order issued Jan 18, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of December 6, 2017.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        *Shea E. Pertuit*
                        By: _____
                        Shea E. Pertuit, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT