# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 07, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-60814    In re: Doyle Sudduth
                         USDC No. 1:17-CV-186

The court has taken the following action in this case:

The above case is reopened.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

Mr. David Crews
Mr. Doyle Sudduth